■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL HERNANDEZ, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered October 16, 1986.

Ordered that the judgment is affirmed *(see, People v Harris,* 61 NY2d 9; *People v Tinsley,* 35 NY2d 926; *People v Frederick,* 45 NY2d 520; *People v Smith,* 74 NY2d 1; *People v Thomas,* 74 AD2d 317, 319-320, *affd* 53 NY2d 338; *People v Howe,* 56 NY2d 622; *People v O'Brien,* 56 NY2d 1009). Mangano, J. P., Kunzeman, Rubin, Eiber and Balletta, JJ., concur.